

IN THE
TENTH COURT OF APPEALS

No. 10-13-00206-CR
No. 10-13-00207-CR
No. 10-13-00208-CR

WILLIAM LAWRENCE ANDERSON,

                                                                    Appellant
 v.

THE STATE OF TEXAS,

                                                                    Appellee

From the 19th District Court
McLennan County, Texas
Trial Court Nos. 2012-1523-C1, 2013-893-C1 and 2013-997-C1

MEMORANDUM  OPINION

Appellant appeals from three plea-bargained judgments of conviction.  In each case, Appellant signed a waiver of appeal, and in each case the trial court noted on the certification of defendant's right of appeal that the case is a plea-bargain case and the defendant has no right of appeal.  *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

These appeals are dismissed.[1]  *See Chavez*, 183 S.W.3d at 680; *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals dismissed
Opinion delivered and filed July 2, 2013
Do not publish
[CR25]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  TEX. R. APP. P. 49.1.  A petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  TEX. R. APP. P. 68.2 (a).